United States Bankruptcy Court for the:

District of New Jersey

Case number (*If known*): _____

Chapter you are filing under:
☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Hays Mechanical, LLC. | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | Camden Mechanical | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 86-2168423 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1995 Ferry Avenue | |
| Number   Street | Number   Street |
| | P.O. Box |
| Camden    NJ    08104 | |
| City        State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Camden County | |
| County | Number   Street |
| | |
| | City        State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Hays Mechanical, LLC.
        Name

Case number *(if known)* _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

333120

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When ___/___/_____ (MM/DD/YYYY)  Case number _____
           District _____  When ___/___/_____ (MM/DD/YYYY)  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
         District _____  When ___/___/_____ (MM/DD/YYYY)
         Case number, if known _____

Debtor  Hays Mechanical, LLC. _____  Case number (*if known*)_____
_____Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
                              Number      Street
   _____
   _____  _____  _____
   City                                   State       ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes. Insurance agency _____
         Contact name  _____
         Phone         _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor    Hays Mechanical, LLC.    Case number (*if known*)_____
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/14/2023
             MM / DD / YYYY

✘ /s/ Michael L. Hays                              Michael L. Hays
Signature of authorized representative of debtor   Printed name

Title  Managing Member/Principal

**18. Signature of attorney**

✘ /s/ David Stevens                     Date  09/14/2023
Signature of attorney for debtor              MM / DD / YYYY

David Stevens
Printed name

Scura Wigfield, Heyer, Stevens & Cammarota LLP
Firm name

1599 Hamburg Turnpike
Number    Street

Wayne                       NJ        07470
City                        State     ZIP Code

2014904777                  dstevens@scura.com
Contact phone               Email address

034422007                   NJ
Bar number                  State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

Able Equipment Rental
PO Box 69335
Baltimore, MD 21264

Allfasteners USA LLC
959 Lake Road
Medina, OH 44256

Anderson & Shah LLC
457 Haddonfield Road Ste 610
Cherry Hill, NJ 08034

Bear Capital Resource, LLC
PO Box 150
Westville, NJ 08093

Capital Hardware Supply LLC
P.O. BOX 563
Bedford Park, IL 60499

Del Ren Associates, Inc
141 Shreve Avenue
Barrington, NJ 08007

Elite Air Systems, Inc.
57 Ash Circle
Warminster, PA 18974

Falasca Mechanical
3329 North Mill Road
Vineland, NJ 08360

Ferguson HVAC
PO BOX 417592
Boston, MA 02241

General Insulation
1102 FERRY AVENUE
Camden, NJ 08104

Grainger
DEPT. 828375162
Palatine, IL 60038

Half Trailer Brake & Wheels, inc

Hays Real Estate, LLC.
8000 Midlandtic Drive, Suite 300S
Mount Laurel, NJ 08054

Internal Revenue Service
Attn: Bankruptcy Unit
P.O. Box 7346
Philadelphia, PA 19101

John F. Scanlan Inc
P.O. BOX 1400
Voorhees, NJ 08043

NEFCO Corporation
PO Box 1701
Bridgeport, CT 06601

Patriot Blueprint Systems
PO Box 027
Westville, NJ 08093

Pawnee Leasing Corporation
PO Box 736904
Atlanta, GA 31193

Production Corp
30500 POTOMAC WAY
Charlotte Hall, MD 20622

Public Services
P O BOX 9001099
Cleveland, OH 44194

Rafter, Lewis & Associates LLC
6 White Horse Pike Suite 1A
Haddon Heights, NJ 08035

Skyworks Equipment Rental
Po Box 74404
Cleveland, OH 44194

South Jersey Welding Supply CO
496 E. ROUTE 38
Maple Shade, NJ 08052

State of New Jersey - Division of Taxation
Attn: Bankruptcy Unit
3 John Fitch Way, 5th Floor - P.O. Box 2
Trenton, NJ 08695

Sunbelt Rentals, inc
7700 Holstein Ave
Philadelphia, PA 19153

TDK Enterprises, inc
34 t. Regis Drive
Woodbury, NJ 08096


Tri-Steel Corp
512 Swedesboro Ave
Mickleton, NJ 08056


U.S. Small Business Administration
Attn: Bankruptcy Unit
1150 First Avenue, Suite 1001
King Of Prussia, PA 19406


United Supply Inc
457 WEST END AVENUE
Plainfield, NJ 07060


Univest Bank & Trust Co
Attn: President/CEO/Registered Agent
14 N Main Street
Souderton, PA 18964


Waterlogic Americas, LLC.
PO Box 677867
Dallas, TX 75267

United States Bankruptcy Court

District of New Jersey

In re: Hays Mechanical, LLC.

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 09/14/2023

/s/ Michael L. Hays
Signature of Individual signing on behalf of debtor

Managing Member/Principal
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District of New Jersey

**In re** Hays Mechanical, LLC.

Case No. _____

**Debtor**

Chapter <u>11</u>

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   ☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 0.00

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $ 525.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

09/14/2023

*Date*

/s/ David Stevens, 034422007

*Signature of Attorney*

Scura Wigfield, Heyer, Stevens & Cammarota LLP

*Name of law firm*

1599 Hamburg Turnpike
Wayne, NJ 07470